**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Darcy A. Kornell, individually and as parent and natural guardian of Quinten Matthew Zink, a minor,**

**Plaintiff,**

**v.**

**Hardin Olson, M.D.,**

**Defendant.**

**Civil No. 00-1836 SRN**

**FINAL PRETRIAL ORDER**

The following schedule will govern all pre-trial matters in this case:

1. **Discovery Plan**:

   a. **Discovery shall be commenced in time to be completed by January 2, 2002.**

2. **Daubert Motions**:

Hearing on all Daubert motions will commence on November 28, and November 29, 2001, in Courtroom 230, in the Federal Courthouse in St. Paul, Minnesota.

   a. All motions seeking to challenge the scientific reliability of the opposing party's expert opinions pursuant to Daubert shall be served and filed on or before October 29, 2001.

   b. All reply memoranda will be served and filed on or before November 19, 2001.

3. **Trial**:

This case shall be ready for **(JURY)** trial the weeks of February 11, 2002 and February 18, 2002.



FILED SEP 18 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

4. **Motions In Limine**:

a. All motions in limine with supporting briefs will be filed on or before January 25, 2002.

b. All responsive briefs to motions in limine will be filed on or before February 1, 2002.

c. The Court will hear all motions in limine on Wednesday, February 6, 2002, at 9:30 a.m. and will consider any other final pre-trial matters at that hearing.

5. **Statement Of Agreed Facts; Stipulated Exhibits**:

On or before January 28, 2002, the parties, by their respective counsel, shall jointly prepare and deliver to the Court Exhibit 1, a statement of the agreed facts of this case, in narrative form. Exhibit 1 will be substantive evidence in the case. Upon commencement of the trial, Exhibit 1 shall be read into evidence. Appended to Exhibit 1 shall be a list of exhibits to be introduced into evidence at the trial, numbered serially from 2 through 30. Those exhibits are the exhibits the parties agree are admissible. They will be admitted and placed in the trial record upon the first reference to the particular exhibit by any party.

6. **Exhibits**:

On or before January 28, 2002, counsel for each side shall submit a concise statement of its case-in-chief. Appended to that statement shall be a list of exhibits. Exhibit numbers 30 through 99 shall be reserved to plaintiff, exhibit numbers 100 and continuing shall be reserved for defendant and third-party defendant.

7. **Deposition Designations**:

On or before January 28, 2002, all parties shall submit their respective designation and copies of proposed deposition testimony.

8. **Trial Brief**:

On or before January 28, 2002, the parties shall submit to the Court a trial brief with a statement of the issues (substantive and evidentiary), all facts expected to be proved and controlling statutory and case law.

9. **Written Objections, Testimony, Exhibits; Reply To Trial Brief:**

On or before February 4, 2002, written objections and the grounds therefore to opposing parties' exhibits and designated deposition testimony shall be served and filed and copies of objected to exhibits and objected to deposition testimony shall be furnished simultaneously to the Court. Replys to initial trial briefs shall be served and filed.

10. **Responses To Written Objections**:

On or before February 4, 2002, responses to written objections to exhibits and designated deposition testimony shall be served and filed.

11. **Witness Lists**:

On or before February 4, 2002, each party shall simultaneously exchange and file with this Court a complete list of witnesses to be called during its own case-in-chief. As to each witness, there shall be a short statement as to the substance of the testimony.

12. **Jury**:

Pursuant to Rule 48, of the Federal Rules of Civil Procedure, this matter will be heard by a jury consisting of no fewer than eight members with no alternates. In the event of illness or disability, the jury may deliberate with as few as six remaining members, absent further agreement of the parties.

13. **Jury Instructions, Voir Dire, Special Verdict Form**:

On or before February 8, 2002, jury instructions , voir dire, and a proposed special verdict form shall be submitted to the Court.

DATED: September 18, 2001.

Susan Richard Nelson
Susan Richard Nelson
United States Magistrate Judge

**Please forward this announcement to the recipient of this fax.**

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500