UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Darcy A. Kornell, individually and as parent and natural guardian of Quinten Matthew Zink, a minor,

Plaintiffs,

v.

Hardin Olson, M.D.,

Defendant.

COURT FILE NO. 00-1836 (JMR/SRM)

**ORDER APPROVING MINOR SETTLEMENT**

---

The Petition for Approval of Minor Settlement in this matter was brought before the Court for hearing on February 11, 2002. Petitioner, Ms. Darcy Kornell appeared in person and with her attorney, Mr. Phillip A. Cole of the firm of Lommen, Nelson, Cole & Stageberg, P.A., Minneapolis, Minnesota.

Based upon the files and records of this proceeding, including specifically the ruling of this Court that the minor child may not pursue recovery for his neurologic disabilities in this action and based upon the Petition for Approval, the Court makes the following Order:

1. Settlement of the claim of Petitioner and the minor child for a total payment of $475,000.00 in consideration of the grant to Dr. Hardin Olson a full and final release and discharge by Petitioner, individually and on behalf of the minor child is hereby approved as fair and reasonable.

FILED FEB 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. From the total sum of recovery, the Court approves the following distributions:

a. To Lommen Nelson Law Firm and Thomas Foster Assoc., Ltd., as attorney's fees (a 30% contingent fee) $142,500.00

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

b. To Lommen Nelson Law Firm reimbursement for actual disbursements made on behalf of Petitioner and the minor child $40,226.00

| | | |
|---|---|---|
| c. | To Thomas A. Foster Associates, Ltd. to reimburse for actual disbursements made | $7,509.00 |
| d. | To Minnesota Department of Human Services as satisfaction in full of existing lien. | $15,000.00 |

3. Of the remaining sum of $284,765.00 the Court approves a cash distribution to Petitioner Darcy Kornell of $25,000 in satisfaction of her individual claims and based upon her representation to the Court that such sum will be used in substantial part to purchase safe and suitable transportation for herself and the disabled minor child.

4. The remaining sum of $244,765.00 shall be paid over to The Quinten Matthew Zink Special Needs Trust, Darcy Kornell and Thomas A. Foster, Trustees. The Court makes an express finding that the distribution of the proceeds to the Special Needs Trust in lieu of requiring the funds to be deposited in a federally insured bank account is in the best interests of the minor child. As the recipient of the funds, the Trust will allow the child to preserve eligibility for medical assistance benefits throughout his life and will preserve the funds from this settlement for special needs the child's disabilities will, from time to time, require be funded. The Trustees, however, are directed hereby to invest the funds of the Trust during the minority of the child in federal treasury securities and/or federally insured bank accounts or certificates of deposit in order to assure preservation of principal. This directive, however, shall not be in derogation of the requirement that the funds be used for the special needs of the child in the discretion of the Trustees even during his minority. The Court also approves the acquisition of a suitable residence for the child both as an investment of the Trust and to fulfill special needs of the minor child.

5. Mr. Phillip A. Cole as counsel for the Petitioner and Minor Child shall be required upon disbursement of the funds to file a report with the Court attesting to distribution of the monies as directed by this Order. It shall be appropriate for the settlement funds to be paid directly into the Trust Account of Lommen Nelson Cole & Stageberg, P.A. for distribution as here provided.

6. Upon receipt and distribution of the funds and the filing with this Court of Phillip A. Cole's attestation of such distribution, this action shall be deemed settled and finally dismissed with prejudice and on its merits. The Petitioner is directed and authorized to sign appropriate release documents in order to effect the settlement here approved.

Dated: February 11, 2002

BY THE COURT

Susan Richard Nelson
The Honorable Susan Richard Nelson
Magistrate Judge, District of Minnesota

Doc. #: 127236