UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

Darcy A. Kornell, individually and as parent and natural guardian of Quinten Matthew Zink, a minor,
Plaintiffs,
v.
Hardin Olson, M.D.,
Defendant.

COURT FILE NO. 00-1836 (JMR/SRM)

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Upon consideration of the Affidavit of Phillip A. Cole submitted in accordance with this Court's previous Order approving the settlement in this case, the Court finds that the settlement funds have been paid and distributed in accordance with the Court's Order. Accordingly, IT IS ORDERED:

1. That this action is hereby dismissed with prejudice and without the allowance of costs to any party.

Dated: February 26, 2002

Susan Richard Nelson
Honorable Susan Richard Nelson

Doc. #: 129144

FEB 26 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK